# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Laura A. Briggs

### Clerk of the Court

| | |
|---|---|
| 46 East Ohio Street, Room 105<br>Indianapolis, Indiana<br>46204 | 101 Northwest MLK Boulevard<br>Evansville, Indiana<br>47708 |
| 921 Ohio Street<br>Terre Haute, Indiana<br>47807 | 121 West Spring Street<br>New Albany, Indiana<br>47150 |

August 27, 2018

Clerk of the Marion County Court
City County Building T-542
200 E. Washington St.
Indianapolis, IN 46204

**FILED**
SEP 12 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Re: SABAG v. TRACK GROUP, INC. et al
Cause Number: 1:18-cv-02208-TWP-TAB
Your Cause Number:

Dear Clerk:

Pursuant to Court order dated 8/27/18, the above file is remanded to the Marion County Court.

Enclosed are copies of all documents filed in this cause since the petition for removal was filed on 7/18/18. Also enclosed are certified copies of the docket and order of remand.

Please acknowledge receipt of the file by returning the enclosed copy of this letter to the undersigned.

Sincerely,

Laura A. Briggs, Clerk

By: s/Neil A. Damron
Neil A. Damron, Deputy Clerk

Received by: _____ Date: 9/11/18